**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 02-6815**

—————

SAVINO BRAXTON,

                                    Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                                    Defendant - Appellee.

—————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
02-1197-JFM)

—————

Submitted:  October 15, 2002          Decided:  November 7, 2002

—————

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Savino Braxton, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Savino Braxton appeals the district court's order denying his petition for a writ of mandamus. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Braxton's motion for leave to proceed in forma pauperis and affirm on the reasoning of the district court. Braxton v. United States, No. CA-02-1197-JFM (D. Md. May 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2